

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00016-CV

| | | |
|---|---|---|
| In the Matter of R.R.S. | § | From the Probate Court |
| | § | of Denton County (MH-2012-561, MH-2012-561-01) |
| | § | February 14, 2013 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00016-CV

IN THE MATTER OF R.R.S.

----------

FROM THE PROBATE COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On January 11, 2013, Appellant filed a notice of appeal, attempting to appeal an order that was signed on December 20, 2012. Because the order being appealed is an order requiring court-ordered mental health services, the notice of appeal was required to be filed within ten days from the day the order was signed. *See* Tex. Health & Safety Code Ann. § 574.070(a), (b) (West 2010). The notice of appeal was therefore due December 31, 2012. *See id.*

---

[1]*See* Tex. R. App. P. 47.4.

On January 14, 2013, we sent Appellant a letter notifying him of our concern that we lacked jurisdiction over this case because the notice of appeal was not timely filed.  We stated that unless Appellant or any party desiring to continue the appeal filed with this court, on or before January 24, 2013, a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction.  Having received no response, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3, 43.2(f).

                                        PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  February 14, 2013

3